IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:11CV151** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **CYNTHIA L. DUNLOP, and ADAMS BANK & TRUST, a Nebraska Banking Corporation,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Stipulation for Compromised Settlement (Filing No. 23) and the Notice of Case Dismissal (Filing No. 24) filed by the government under Federal Rule of Civil Procedure 41(a).

IT IS ORDERED:

1. The Stipulation for Compromised Settlement (Filing No. 23) is approved;

2. The Notice of Case Dismissal (Filing No. 24) filed by the government is granted;

3. The Complaint is dismissed with prejudice; and

4. The Clerk is directed to close this case for statistical purposes.

DATED this 12th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge